**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Luis VILLARREAL–MORALES,**
**Defendant–Appellant.**

**No. 07–11108**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Cody Lee Skipper, U.S. District Court, Dallas, TX, for Plaintiff–Appellee.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Jose Luis Villarreal–Morales appeals his guilty plea conviction and sentence for illegal reentry following deportation in violation of 8 U.S.C. § 1326. He contends that his 96–month sentence violated his equal protection rights because he did not have the benefit of a fast-track program in the Northern District of Texas and similarly situated defendants in jurisdictions with the program could receive lower sentences based simply on arbitrary geographic factors. Villarreal–Morales concedes that his argument is foreclosed by circuit precedent, but he raises the argument to preserve it for further review. Based on Villarreal–Morales's concession, the Government moves for summary affirmance or dismissal. In the alternative, the Government requests an extension of time in which to file a brief on the merits.

Villarreal–Morales's equal protection argument is foreclosed by circuit precedent. *See United States v. Lopez–Velasquez*, 526 F.3d 804, 808 (5th Cir.), *petition for cert. filed* (July 25, 2008) (No. 08–5514). Accordingly, the district court's judgment is AFFIRMED, the Government's motion for summary affirmance is GRANTED, and the Government's motions for dismissal and an extension of time are DENIED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.